CYRUS ZAL, SBN: 102415
CYRUS ZAL, A PROFESSIONAL CORPORATION
102 Mainsail Court
Folsom, CA  95630
(916) 985-3576
(916) 985-4893 (FAX)
Email:   czal47@comcast.net

Attorney for Defendant HENRY SALIMI

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISED SHOPS LLC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HENRY SALIMI, a Resident of California,<br><br>Defendant.<br>_____ | Case No. 2:06 cv-2673 FCD KJM<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT HENRY SALIMI TO FILE RESPONSE TO COMPLAINT AND ORDER THEREON**<br><br>**"AS MODIFIED"** |

   Plaintiff Baskin-Robbins Franchised Shops LLC, a California corporation, and defendant Henry Salimi, through their undersigned counsel, hereby stipulate that the time for defendant Henry Salimi to file a response to the complaint of plaintiff Baskin-Robbins Franchised Shop LLC shall be extended from December 28, 2006 to January 18, 2007.

1
2                                        Cyrus Zal, A Professional Corporation
3
4  Dated: December 28, 2006              By:_____/s/ Cyrus Zal, Esq._____
                                             CYRUS ZAL, Attorney for Defendant
5                                            HENRY SALIMI
6
7
8                                        Murphy Austin Adams Schoenfeld LLP
9
10 Dated: January 8, 2007                By:__/s/ Michael R. O'Neil, Esq._____
                                             Michael R. O'Neil
11                                           Attorney for Plaintiff BASKIN-ROBBINS
                                             FRANCHISED SHOPS LLC, a California
12                                           corporation
13
14                                       ORDER

15     Defendant Henry Salimi shall have to and including January 18, 2007 in which

16 to file a response to the complaint.

17     Additionally, in light of the notice filed by plaintiff on January 11, 2006, the

18 Motion for Preliminary Injunction set for hearing on January 26, 2006 is deemed

19 WITHDRAWN and the hearing VACATED.

20     **IT IS SO ORDERED.**

21

22 Dated: January 12, 2007

23
24                                       _____
25                                       FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE

2